UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-104ML** **DATE: June 15, 2005**

**TITLE: USA v. REYNALDO RODRIGUEZ**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COURT:**

---

**COUNSEL PRESENT:** **AUSA Mary E. Rogers, Govt**
**Steven E. DiLibero, for Deft**
**Dennis [illegible] Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one Count of the Indictment: 84 mos' imprisonment; followed by 5 yrs' supervised release, with special conditions: the defendant shall participate in and satisfactorily complete an inpatient or outpatient program of substance-abuse treatment to include periodic testing (up to 72 drug tests per year), as approved by the U.S. Probation Office. $100 special assessment; no fine is imposed. Court recommends to the BOP that this deft, when eligible, be considered for participation in the intensive drug-treatment program, and that the deft be placed in a facility near RI where his family resides. Deft is advised of his right of appeal. Deft is remanded.**