Reynaldo Rodriquez
Reg. No. 02255070
Wyatt Detention Facility
Central Falls, RI 02863

U.S. PROBATION OFFICE
DISTRICT OF RI

2005 JUN 27 PM 1: 14

June 22, 2005

Honorable Mary M. Lisi
United States District Judge

Re: United States v. Rodriquez, Dkt No. 04-00104-01ML

Dear Honorable Judge Lisi:

I am writing you on behalf of my concern about my direct appeal, I have asked my attorney, Mr Steven D. Dilibero to file my direct appeal immediately after my sentence proceedings and he told me that he will not file my appeal unless I paid him. I do not have any money and I am getting close to my days. I do not know how to file for my appellate review, and would like the assistance of the court to provide me with all due assistance to have my lawyer Steven D. Dilibero file this dirsect appeal or appoint counsel to assist in this cause. Also, I would request that this court construe this letter as a timely filing of my direct appeal in forma pauperis or to extend the period of filing this notice of Appeal for good cause.

Your Honor, I am just trying to appeal what is my rights my law and hope for the best.

Thank you for reading my letter and I hope you can help me with my problem(s).

With great Sincerety.

Reynaldo Rodriquez
Defendany-Appellant, pro-se

RECEIVED

JUN 27 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND