# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

***July 20, 2005***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2235***
***Boston, MA 02109***

***RE:*** ***USA v. Reynaldo Rodriguez***
***USDC-RI CR 04-104-01ML***
***USCA NO. # 05-1981***

***Dear Mr. Donovan:***

***Enclosed herewith you will find a supplemental record together with a certified copy of the docket entries in the above entitled case.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. Order granting M/IFP (DE #68)***