US District Court
District of RHode Island (Providence)

Reynaldo Rodriguez
Petitioner case no. # 1:04-CY-00104-ML-ALL
v.
United States of America
Respondent

MOTION FOR APPOINMENT of Cousel

Pro-se Petitioner, Reynaldo Rodriguez cannot afford cousel to represent him on Direct Appeal. Therefore, Petitioner, moves this court to Appoint him Cousel.

Certificate of Service

I Hereby certify, that a true and corret copy of the forgoing has been mailed to Mary E. Rogers U.S Attorney's office; Fleet Center, 50 Kennedy Plaza 8Th Floor Providence, RHode Island 02903. on this day 11 august 2005. By U.S Mail.

Pro-se Reynaldo Rodriguez
05522070
U.S.P. Canaan
P.O BOX 300
Waymart, PA. 18472

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 AUG 12 P 12:02
FILED

[signature]