MANDATE

04-00104
CSDC-RIPR
J. Lisi

# United States Court of Appeals
## For the First Circuit

No. 05-1981

UNITED STATES

Appellee

v.

REYNALDO RODRIGUEZ

Defendant - Appellant

2006 APR 13 P 3:46

**JUDGMENT**

Entered: April 13, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 4/13/06

[cc: Angela G. Lehman, Esq., Mary E. Rogers, AUSA, Donald Lockhart, AUSA, Reynaldo Rodriguez, defendant-appellant]